FILED
CLERK

12/15/2020 9:36 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID COHEN, on behalf of himself or herself and all other similarly situated consumers,<br><br>        Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC.,<br><br>        Defendant. | Case No. 2:20-cv-03287-JMA-AYS<br><br>**STIPULATION OF DISCONTINUANCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all the parties to the above entitled that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs with prejudice.

Respectfully Submitted,

Dated:  December 14, 2020            **JACOB SILVER, ATTORNEY AT LAW**

                                      By: /s/ Jacob Silver
                                          Jacob Silver
                                          Attorney for Plaintiff, DAVID COHEN
                                          Jacob Silver, Attorney At Law
                                          237 Club Dr.
                                          Woodmere, New York 11598
                                          Phone: 718-855-3834
                                          silverbankrtupcy@gmail.com

Dated: December 14, 2020

KAUFMAN DOLOWICH VOLUCK

By: /s/ Adam M. Marshall
Adam M. Marshall
Attorney for Defendant, AARGON AGENCY, INC.
Kaufman Dolowich Voluck
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: 516-681-1101
amarshall@kdvlaw.com

Case closed.

Dated: 12/15/2020

/s/ JMA

SO ORDERED:
U.S. District Judge Joan M. Azrack

## CERTIFICATE OF SERVICE

I, Jacob Silver, hereby certify that on December 14, 2020, I electronically filed the foregoing Stipulation of Discontinuance with the Clerk of the Court by using the CM/ECF system.

Dated: December 14, 2020

s/ Jacob Silver
Jacob Silver

STIPULATION OF DISCONTINUANCE
Case No. 2:20-cv-03287-JMA-AYS